CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

SHARON W. LIN (SBN: 260443)
sharonwhlin@gmail.com
22760 Hawthorne Blvd., Suite 200
Telephone: (714) 388-2468
Attorney for Defendant
Qing Zhu

JOHN A. TKACH (SBN: 93025)
jtkachesq@gmail.com
301 E. Colorado Blvd., Suite 514
Pasadena, CA 91101
Telephone: (626)795-8992
Facsimile: (626) 795-8900
Attorney for Defendant
Rio Rancho Argyle II, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL, | Case No.: 5:16-CV-02674-JGB-KK |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| RIO RANCHO ARGYLE II, LLC, a California Limited Liability Company; QING ZHU; and Does 1-10, | |
| Defendants. | |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: March 24, 2017          CENTER FOR DISABILITY ACCESS

                                        By: /s/ Phyl Grace
                                              Phyl Grace
                                              Attorneys for Plaintiff

Dated: March 24, 2017

                                        By: /s/ Sharon W. Lin
                                              Sharon W. Lin
                                              Attorney for Defendant
                                              Qing Zhu

Dated: March 24, 2017

                                        By: /s/ John A. Tkach
                                              John A. Tkach
                                              Attorney for Defendant
                                              Rio Rancho Argyle II, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sharon W. Lin and John A. Tkach, counsel's for Qing Zhu and Rio Rancho Argyle II, LLC, respectively, and that I have obtained Ms. Lin's and Mr. Tkach's authorization to affix their electronic signature to this document.

Dated: March 24, 2017            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorney for Plaintiff