CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

SHARON W. LIN (SBN: 260443)
sharonwhlin@gmail.com
22760 Hawthorne Blvd., Suite 200
Telephone: (714) 388-2468
Attorney for Defendant
Qing Zhu

JOHN A. TKACH (SBN: 93025)
jtkachesq@gmail.com
301 E. Colorado Blvd., Suite 514
Pasadena, CA 91101
Telephone: (626)795-8992
Facsimile: (626) 795-8900
Attorney for Defendant
Rio Rancho Argyle II, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL,<br><br>Plaintiff,<br><br>v.<br><br>RIO RANCHO ARGYLE II, LLC, a California Limited Liability Company;<br>QING ZHU; and Does 1-10,<br><br>Defendants. | Case: 5:16-CV-02674-JGB-KK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 17, 2017            CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: April 17, 2017

By: /s/ Sharon W. Lin
    Sharon W. Lin
    Attorney for Defendant
    Qing Zhu

Dated: April 17, 2017

By: /s/ John A. Tkach
    John A. Tkach
    Attorney for Defendant
    Rio Rancho Argyle II, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sharon W. Lin and John A. Tkach, counsel's for Qing Zhu and Rio Rancho Argyle II, LLC, respectively, and that I have obtained Ms. Lin's and Mr. Tkach's authorization to affix their electronic signature to this document.

Dated: April 17, 2017           CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff